IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RANDALL W. MOODY**                                                                 **PLAINTIFF**

v.                          **CASE NO. 3:24-CV-00106-BSM**

**BRYCE A. SHARP**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE